

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FILED
MAY 24 2017
David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| vs. § | |
| § CRIMINAL NO. | **17 CR 0314** |
| SHONDA LOGUNLEKO, § | |
| aka Shonda Rene Murray, § | |
| Defendant. § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(False Claim – 18 U.S.C. § 287)

Beginning on or about May 31, 2015 and continuing to November 5, 2015, in the Houston Division of the Southern District of Texas, the defendant,

**SHONDA LOGUNLEKO**
**aka Shonda Rene Murray**

did unlawfully make a material claim against and upon the Federal Emergency Management Agency, an agency of the United States, for disaster assistance in connection with Declared Disaster #4223, knowing that the claim was false, fictitious, and fraudulent in that the claim falsely stated that her primary residence was 6633 W. Airport Blvd. Apt. 915, Houston, Texas 77035 and that she had an essential need for food, clothing, and shelter as a result of Declared Disaster #4223.

In violation of Title 18, United States Code, Section 287.

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

BY: _____
Stephanie Bauman
Assistant United States Attorney

1